*18*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 3 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| John Peter, et al, § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. B-00-076 |
| § | |
| Marine Military Academy, Inc., § § | |
| Defendant. § | |

## ORDER

BE IT REMEMBERED, that on July 28, 2000, the Court **GRANTED** the Plaintiffs' Request for Transfer [Dkt. No. 17] to the United States District Court for the District of Arizona. All pending motions are therefore **MOOT**, and this lawsuit is no longer pending before the Court.

DONE at Brownsville, Texas, this 28th day of July 2000.

_____
Hilda G. Tagle
United States District Judge